IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-03408-MEH

GARY HADDIX,

    Plaintiff,

v.

SACCO LAW FIRM, LLC, and
PAUL SACCO, in his individual capacity,

    Defendants.

---

### DISMISSAL OF CASE WITH PREJUDICE
---

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice [filed January 8, 2015; docket # 7]. The Court finds the Notice and terms of the dismissal proper. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 8th day of January, 2015.

                        BY THE COURT:

                        *Michael E. Hegarty*

                        Michael E. Hegarty
                        United States Magistrate Judge